UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JAMAAL ALI,

                                  Plaintiff,

                                             No. 9:12-CV-104

       -v-

DR. MICHAEL F. HOGAN, Commissioner,
New York State Office of Mental Health; DR.
DONALD SAWYER, Executive Director; and
DR. TERRI MAXYMILLIAN, Sex Offender
Treatment Program Director; Central New
York Psychiatric Center,

                                  Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                      OF COUNSEL:

JAMAAL ALI
Plaintiff Pro Se
29635
CNY PC
PO Box 300
Marcy, NY 13403

HON. ERIC T. SCHNEIDERMAN                MELISSA A. LATINO, ESQ.
New York State Attorney General                Ass't Attorney General
Attorney for Defendants
The Capitol
Albany, NY 12224

DAVID N. HURD
United States District Judge

## **DECISION and ORDER**

    Pro se plaintiff Jamaal Ali brought this civil rights action pursuant to 42 U.S.C. § 1983,

as well as Title II of the Americans with Disabilities Act, 42 U.S.C. § 12101 et seq. ("ADA") Section 504 of the Rehabilitation Act of 1973, 29 U.S.C. § 794(a) ("Rehabilitation Act"), New York Mental Hygiene Law Section 7.18, and New York Human Rights Law Section 290 et seq.  On October 31, 2014, the Honorable Randolph F. Treece, United States Magistrate Judge, advised by Report-Recommendation that defendants' motion for summary judgment be granted, plaintiff's remaining ADA and Rehabilitation Act claims be dismissed, and supplemental jurisdiction over plaintiff's state law claims be declined pursuant to 28 U.S.C. § 1367.  No objections to the Report-Recommendation were filed.

Based upon a careful review of the entire file and the recommendations of the Magistrate Judge, the Report-Recommendation is accepted in whole.  See 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that

1.  Plaintiff's remaining ADA and Rehabilitation Act claims are DISMISSED;

2.  Supplemental jurisdiction over the remaining state law claims is declined pursuant to 28 U.S.C. § 1367 and those claims are DISMISSED without prejudice;

3.  The complaint is DISMISSED in its entirety; and

4.  The Clerk close the file and serve a copy of this Decision and Order on plaintiff.

IT IS SO ORDERED.

_____
United States District Judge

Dated:  December 2, 2014
        Utica, New York.